IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

| | |
|---|---|
| IN RE:  Bernita Thompson | CASE NO:  5:04-bk-24978 T |
| | Chapter 13 |

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

    COMES NOW THE COURT and finds that an order was entered in the above styled case on April 09, 2010, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of April 09, 2010.

    IT IS SO ORDERED.

Date: 05/25/2010

/s/  Richard D. Taylor
Richard D. Taylor
U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

    Kyle Havner (Ach)
    P O Box 5100
    Pine Bluff, AR  71611

    Bernita Thompson
    2905 W 25Th
    Pine Bluff, AR  71601

    All Creditors